

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00067-CV

| | | |
|---|---|---|
| Peter Payne, Mary Beth Payne, David Howard, and Oksana Howard | § | From the 431st District Court |
| | § | of Denton County |
| v. | § | (2011-70650-431) |
| | § | June 30, 2016 |
| Highland Homes, Ltd. | § | Opinion by Justice Simmons |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Peter Payne, Mary Beth Payne, David Howard, and Oksana Howard shall jointly and severally pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Rebecca Simmons_____
Justice Rebecca Simmons